No. 296. THE PEOPLE *v.* MORALES *alias* "GOYO."—Appeal from the District Court of Guayama. Decided December 24, 1910. Judgment affirmed. *Mr. Andrés B. Crosas* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent. .

No. 303. THE PEOPLE *v.* ROMÁN.—Appeal from the District Court of Ponce. Decided December 24, 1910. Judgment affirmed. *Mr. Domingo Sepúlveda* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.